HERETH and Another v. LOVE.

APPEAL from the Marion Civil Circuit Court.

PETTIT, C. J.—This case is in all respects the same as *Hereth* v. *Smith*, decided at this term, *ante*, p. 514, and is affirmed on that and the authorities there cited, with two per cent. damages and costs.

*J. E. McDonald, A. L. Roache, E. M. McDonald, P. W. Bartholomew, A. G. Porter, B. Harrison, W. P. Fishback,* and *J. M. Butler*, for appellants.

*F. Rand* and *R. H. Hall*, for appellee.